IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN TAYLOR** **PLAINTIFF**
**ADC #662925**

V.                       NO. 4:23-cv-01129-LPR-ERE

**DAVIS,** *et al.* **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Taylor's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.   Discussion:**

On November 27, 2023, *pro se* plaintiff Justin Taylor, an Arkansas Division of Correction ("ADC") inmate, filed this § 1983 lawsuit under 42 U.S.C. § 1983 in

the Federal District Court in the Western District of Arkansas. *Doc. 1*. The same day, this case was transferred to this Court. *Doc. 4*.

With his initial filing, Mr. Taylor failed to provide a completed application for leave to proceed in forma pauperis (IFP); nor did he pay a filing fee. *Doc. 2*. Accordingly, on November 28, 2023, the Court directed the Clerk of Court to send Mr. Taylor an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 5*. The Court's Order specifically warned Mr. Taylor that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Taylor has not addressed the filing-fee requirement, and the time to do so has passed.

### III.   Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1.   Mr. Taylor's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's November 28, 2023 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2.   The Clerk be instructed to close this case.

Dated 3 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE