IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN TAYLOR**                                                                                          **PLAINTIFF**
**ADC #662925**

v.                                                  No. 4:23-CV-01129-LPR

**DAVIS, et al.**                                                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to prosecute this lawsuit. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of February 2024.

                                                          _____
                                                          LEE P. RUDOFSKY
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. 7.